IRWIN HOLDING Co., INC., Respondent, v. SIDNEY H. WEINBERG, Appellant.—

Judgment affirmed, with costs. No opinion. Present — Dowling, Smith, Merrell and Finch, JJ.